# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

Mohammad A. Gull Jee

       Plaintiff,

v.

*Michael Chertoff,*
Secretary, U.S. Department of
Homeland Security;

*Robert S. Mueller,*
Director, Federal Bureau of
Investigation

*Emilio T. Gonzalez,*
Director, U.S. Citizenship &
Immigration Services;

*Paul E. Novak, Jr.,*
Director
U.S. Citizenship & Immigration Services
Vermont Service Center,

*Michael B. Mukasey,*
Attorney General
Office of Attorney General
U.S. Department of Justice;

Defendants.

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Case No. _____


**COMPLAINT FOR WRIT OF
MANDAMUS FOR
STALLED APPLICATION FOR
ADJUSTMENT OF STATUS**

</td></tr>
</table>

Telephone: (703) 912-3100
Fax: (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

COMES NOW Mohammad A. Gull Jee, Plaintiff, (hereinafter "Gull Jee" or "Plaintiff") in the above cause, and state as follows:

1.    This action is brought for an order from the Court to mandate a decision on Plaintiff's Form I-485, Application To Register Permanent Residence or Adjust Status, ("Adjustment Application" or "Application") due to the Defendants' failure to adjudicate the Applications in violation of the Immigration and Nationality Act ("INA") §§ 101(a)(15), 203(b)(3), 245(a) and 8 U.S.C. §§ 1154(e), 1255(i). The action is brought to mandate Defendants and those acting under them to take action on the Petition.

## PARTIES

2.    Plaintiff Gull Jee is a resident of Centreville, Fairfax County, Virginia, and submitted his Adjustment Application on February 12, 2002.

3.    Defendant Michael Chertoff is the Secretary of the United States Department of Homeland Security (hereinafter "DHS"). This action is filed against him in his official capacity. Defendant Chertoff is responsible for the enforcement of the INA and for the delegation of adjudicatory and discretionary authority to other employees of the DHS and United States Citizenship and Immigration Services (hereinafter "USCIS") pursuant to 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

4.    Defendant Michael B. Mukasey is the Attorney General of the United States; he is an official generally charged with supervisory authority over all operations of the Department of Justice (hereinafter "DOJ") under 28 C.F.R. § 0.5.

5.    Defendant Emilio T. Gonzalez is the Director of USCIS; he is the official generally charged with supervisory authority over all operations of USCIS under 8 C.F.R. § 103.1. This

Telephone:    (703) 912-3100
Fax:          (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

action is filed against him in his official capacity. Defendant Gonzalez has failed to adequately supervise the relevant USCIS's Vermont Service Center to timely adjudicate Gull Jee's Adjustment Application.

6.      Defendant Paul E. Novak, Jr., is the Director of the USCIS's Vermont Service Center ("Vermont SC") and is generally entrusted with the overall supervision, management, and operation of the Vermont SC pursuant to 8 C.F.R. § 100.2. This action is filed against him in his official capacity. Gull Jee's Petition is pending final adjudication at the Vermont SC.

7.      Defendant Robert S. Mueller is the Director of the Federal Bureau of Investigation (hereinafter "FBI"). This action is filed against him in his official capacity. As Director, Defendant Mueller is entrusted with overall supervision of conducting criminal record and background checks for DHS and/or the USCIS. Defendant Mueller has failed to complete the background and security checks required for Gull Jee's I-485 Adjustment Application.

## JURISDICTION AND VENUE

8.      This Court has jurisdiction to hear this complaint and the claims stated herein by virtue of 28 U.S.C. §§ 1331, 1361 and 2201 because this is a federal mandamus action brought to compel Defendants to perform their statutory duties owed to the Plaintiff. This Court has additional jurisdiction by virtue of the Administrative Procedures Act, 5 U.S.C. § 701, *et seq.*, because Plaintiff Gull Jee is seeking judicial review of inaction by one or more of the Defendants.

9.      Venue is proper in the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(e) in that most of the Defendants are reside or located in the District. No real property is involved in this action.

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041
Telephone: (703) 912-3100
Fax: (703) 425-6300

Telephone: (703) 912-3100
Fax:        (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

## EXHAUSTION OF REMEDIES

10.    Plaintiff has repeatedly requested the Defendants to make a final decision on the Adjustment Application. After such requests failed, Gull Jee notified the Defendants of his intent to file suit. The Defendants have failed to respond to such notice. The threat of judicial intervention has been meaningless in expediting a resolution.

11.    The Plaintiffs have exhausted their administrative remedies. Gull Jee has supplied the USCIS with documents that establish his eligibility to adjust his status to lawful permanent resident.

## CAUSE OF ACTION

12.    Plaintiff Gull Jee is a citizen of the United States. He is the beneficiary of an approved I-140 labor petition filed on his behalf by his employer, subsequent to which Gull Jee filed his Adjustment Application. This Application, properly filed and received on February 12, 2002, is still pending with the USCIS.

13.    Plaintiff Gull Jee has been required to provided biometric date; he has complied on every occasion.

14.    As part of the I-485 Adjustment Application process, a USCIS official interviews applicants prior to adjudicating the application. No such interview has been scheduled for Plaintiff Gull Jee.

15.    Unable to ascertain the reason for the delay in his Adjustment Application, Plaintiff Gull Jee contacted his Congressional representative, U.S. Representative Frank R. Wolf (10th Dist., Va.) for assistance. On January 30, 2006, and again on December 30, 2007, the Congressman

corresponded with Plaintiff Gull Jee and informed him that his Adjustment Application was pending, awaiting completion of a security check.

16.     Defendants have conducted or should have conducted the initial investigation and have sufficient information and documentation about Gull Jee to adjudicate his Adjustment Application.

17.     Gull Jee's Adjustment Application remains unadjudicated for over six and years or more than 2222 days, when such petitions are normally processed within about a year. Thus, Defendants have failed in their statutory duty to adjudicate the Adjustment Application in a reasonable time.

18.     In addition, Defendants have violated the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, as they are unlawfully withholding action on the Plaintiff Gull Jee's Adjustment Application and have failed to carry out the adjudicative functions delegated to them by law with regard to Gull Jee's case.

19.     Defendants' delay in this case is, as a matter of law, arbitrary, in violation of Gull Jee's due process rights and not in accordance with the law. Defendants have willingly and unreasonably delayed and have refused to adjudicate Gull Jee's Adjustment Application, thereby depriving Gull Jee of the benefits of being a U.S. permanent resident.

20.     In recent years, Plaintiff's father in Pakistan has suffered illness and died; his mother in Pakistan has suffered two strokes and is unwell; and he has been physically separated from his wife in Pakistan for almost nine (9) years, all in the course of the egregiously long delay by USCIS in adjudicating his Adjustment Application.

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone: (703) 912-3100
Fax: (703) 425-6300

21.     As a result of this delay, Gull Jee has suffered emotional and psychological distress, enormous inconvenience, and now incurred significant attorney's fees, due to Defendants' inaction on Plaintiff's Adjustment Application.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Gull Jee respectfully prays:

1.     That the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order mandating the Defendants adjudicate Gull Jee's Form I-485 Adjustment Application within a time certain;

2.     In the alternative, that the Court compel Defendants, and those acting under them, to perform their duty to adjudicate Gull Jee's Adjustment Application immediately;

3.     Finally, that the Court award reasonable attorney's fees under the Equal Access to Justice Act, 5 U.S.C. § 504, and such other and future relief as this Court deems proper under the circumstances.

Dated: March 31, 2008.

Respectfully Submitted,

Fitzgerald Lewis
Attorney for Plaintiff
Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor
Falls Church, VA 22041
Ph: 703-912-3100
Facsimile: 703-425-6300
Email: flewis@lewisatlaw.com
D.C. Bar No. 468796

Telephone: (703) 912-3100
Fax: (703) 425-6300
Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Complaint has been filed with the United States District Court for the District of Columbia, on behalf of the Plaintiff Mohammad A. Gull Jee, and has also been served by certified U.S. mail, return receipt requested and postage prepaid, upon:

Jeffrey A. Taylor, U.S. Attorney (DC)
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Michael Chertoff
Secretary
U.S. Department of Homeland Security
245 Murray Lane, SW
Building 410
Washington, D.C. 20528

Michael B. Mukasey, Attorney General
Office of Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Robert S. Mueller, Director
Federal Bureau of Investigations
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Emilio T. Gonzalez, Director
United States Citizenship & Immigration Services
20 Massachusetts Avenue, NW
Washington, D.C. 20529

Paul E. Novak, Jr., Center Director
U.S. Citizenship & Immigration Services
Vermont Service Center
75 Lower Welden
St. Albans, VT 05479-0001

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041
Telephone: (703) 912-3100
Fax: (703) 425-6300

On this the 31[th] day of March, 2008.

Fitzgerald Lewis
Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor
Falls Church, VA 22041
Ph: (703) 912-3100
Facsimile: 703-425-6300
Email:  flewis@lewisatlaw.com
D.C. Bar No. 468796

**LIST OF EXHIBITS**

Exhibit 1:  Form 797, Notice of Action, Receipt Notice dated March 4, 2002, indicating Gull Jee filed his I-485 Adjustment Application. (COPY)

Exhibit 2:  Online Status Form from Defendant USCIS dated March 14, 2008, indicating that Gull Jee's Adjustment Application is still pending. (COPY)

Exhibit 3:  Online Status Form from Defendant USCIS dated March 14, 2008, indicating that the USCIS' Vermont Service Center is processing similar Adjustment Applications as Gull Jee's filed on July 24, 2006. (COPY)

Exhibit 4:  Correspondence from USICS dated September, 2004, indicating Plaintiff and his counsel's efforts to get an update as to the status of this Adjustment Application.

Exhibit 5:  Correspondence from various Congressional offices dated 2006 through 2008, reflecting Plaintiff's request for assistance in ascertaining the reason(s) for the delay in his naturalization application.

Telephone: (703) 912-3100
Fax: (703) 425-6300

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

# EXHIBIT 1

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone:     (703) 912-3100
Fax:           (703) 425-6300

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-02-124-51242 | CASE TYPE I485  APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE February 12, 2002 | PRIORITY DATE | APPLICANT  A95 436 072 GULL JEE, MOHAMMAD A. |
| NOTICE DATE March 4, 2002 | PAGE 1 of 1 | |

| GEORGE J. AGGELETOS LAW OFFICES OF LWEIS & ASSOCIATES P O BOX 1550 SPRINGFIELD VA 22151-0550 | Notice Type:  Receipt Notice  Amount received: $1245.00 Section: Adjustment as direct beneficiary of immigrant petition |
|---|---|

The above application or petition has been received. It usually takes 365 to 540 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (802) 527-4913 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (802) 527-4913**



# EXHIBIT 2

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone:    (703) 912-3100
Fax:    (703) 425-6300



Search 

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

**Case Status Search**

**Register**

**Login**

Receipt Number: eac0212451242

Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status: Fingerprints review completed.

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our VERMONT SERVICE CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).







**03-14-2008 09:23 AM EDT**

Home    Contact Us    Privacy Policy    Website Policies    NoFEAR    Freedom Of Information Act    FirstGov

U.S. Department of Homeland Security

**EXHIBIT 3**

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone:    (703) 912-3100
Fax:          (703) 425-6300



Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

 

## U.S. Citizenship and Immigration Services
## Vermont Service Center Processing Dates
## Posted February 15, 2008

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

Service Center Processing Dates for **Vermont Service Center** Posted February 15, 2008

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|------|-------|------------------------------------|----------------------|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | August 19, 2007 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | July 27, 2005 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | October 08, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be | December 17, |

| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | April 01, 2006 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | April 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | April 01, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | August 19, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | August 19, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | July 24, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | July 30, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | July 30, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | September 03, 2007 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | March 01, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | November 30, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | January 16, 2008 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | November 30, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | November 30, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | November 30, 2007 |

# EXHIBIT 4

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone:    (703) 912-3100
Fax:    (703) 425-6300



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**U.S. Citizenship
and Immigration
Services**

September 16, 2004

FITZGERALD LEWIS
PO BOX 1550
SPRINGFIELD, VA 22151

Dear Fitzgerald Lewis:

On 09/02/2004 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | FITZGERALD LEWIS |
| **Case type:** | I-485 EMPLOYMENT BASED |
| **Filing date:** | 02/12/2002 |
| **Type of Service Requested:** | CASE STATUS |
| **Receipt number:** | EAC0212451242 |
| **Beneficiary:** | |

The status of this service request is:

Our computer systems show that your petition/application is still pending Service consideration. ce.

For future status inquiries of a petition or application filed at this Center, or for live assistance from an Information Officer, you may want to utilize our automated phone system by calling (800) 375-5283. If you would like to obtain forms or filing instructions please visit our web site at www.uscis.gov (forms can be downloaded from this site).

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director

www.uscis.gov



U.S. Department of Homeland Security
Vermont Service Center
75 Lower Welden Street
St. Albans, VT 05479-0001

**U.S. Citizenship
and Immigration
Services**

September 13, 2004

MOHAMMAD ASLAM GULL
PO BOX 1550
SPRINGFIELD, VA 22151

Dear Mohammad Aslam Gull:

On 09/02/2004 you, or the designated representative shown below, contacted USCIS about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| Person who contacted us: | MOHAMMAD ASLAM GULL |
| Case type: | I-485 EMPLOYMENT BASED |
| Filing date: | 02/12/2002 |
| Type of Service Requested: | CHANGE OF ADDRESS |
| Receipt number: | EAC0212451242 |
| Beneficiary: | |

The status of this service request is:

The address change has been applied to your application/petition.

For future status inquiries of a petition or application filed at this Center, or for live assistance from an Information Officer, you may want to utilize our automated phone system by calling (800) 375-5283. If you would like to obtain forms or filing instructions please visit our web site at www.uscis.gov (forms can be downloaded from this site).

Please remember that every person over the age of 14 who is not a U.S. citizen or in "A" or "G" nonimmigrant status must also notify the Department of Homeland Security within 10 days from when they move. To do this, please complete and mail in form AR-11. Where possible, please provide an A-number or other identifying numbers. You must complete the Form AR-11 and mail to the London, KY address. Failure to complete all applicable sections may delay processing of the form. Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the London, KY address.

Sincerely,

*Sandra T. Bushey*

Sandra T. Bushey
Acting Center Director

Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor – Falls Church, VA 22041

Telephone:    (703) 912-3100
Fax:          (703) 425-6300

# EXHIBIT 5

**FRANK R. WOLF**
10TH DISTRICT, VIRGINIA

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:

RANKING MEMBER—STATE-FOREIGN
OPERATIONS

TRANSPORTATION-HUD

CO-CHAIR—CONGRESSIONAL
HUMAN RIGHTS CAUCUS

241 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–4610
(202) 225-5136

13873 PARK CENTER ROAD
SUITE 130
HERNDON, VA 20171
(703) 709–5800
(800) 945–9653 (IN STATE)

110 NORTH CAMERON STREET
WINCHESTER, VA 22601
(540) 667–0990
(800) 850-3463 (IN STATE)

wolf.house.gov

# Congress of the United States
## House of Representatives

January 3, 2008

Mr. Mohammad Aslam Gull Jee
6401 McCoy
Centreville VA 20121

Dear Mr. Jee:

I wanted to provide you with the latest update which I have received regarding the status of your application with the USCIS.

Please understand that the enclosed information is not a final result of my inquiry. It is only an update so that you can have information as to where you stand with your application. If you have any questions, please feel free to call my office.

Sincerely,



Frank R. Wolf
Member of Congress

FRW:jsm

Enclosure(s)

CONGRESSMAN FRANK WOLF

TEL: 703 709 5800
FAX: 703 709 5802
judy.mccary@mail.house.gov

IMMIGRATION CASE STATUS

DATE ___*1/3/08*___                    ALIEN NUMBER _____

NAME *Mohammad Gull Jee*

NATURALIZATION

   Security Check still pending
   Case Denied due to lack of Continuous Presence   ———
   Case Denied due to lack of Physical Presence   ———
   Case Approved  –  Oath date pending   ———
   Case Still Pending in Vermont   ———
   No Show for previous interviews   ———
   File needs to be located   ———
   Fingerprints expired. New appointment needed   ———
   Alien file requested from warehouse   ———
   Case needs to be rescheduled   ———
   Oath scheduled on _____
   Approved Western District Case
   File is being pulled, likely on next ceremony   ———
   Oath ceremony scheduled for Alexandria Federal Court _____
   Additional information required
   Case pending with officer for review   ———

ADJUSTMENT ✓

   Approved – Sent to Vermont for Card Production _____
   Need fingerprints
   Security Check Pending   ✓
   Interview needs rescheduling   ———
   File needs to be located   ———
   File is in another location. Has been requested   ———

**FRANK R. WOLF**
10TH DISTRICT, VIRGINIA

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:

RANKING MEMBER—STATE-FOREIGN
OPERATIONS

TRANSPORTATION-HUD

CO-CHAIR—CONGRESSIONAL
HUMAN RIGHTS CAUCUS

241 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4610
(202) 225-5136

13873 PARK CENTER ROAD
SUITE 130
HERNDON, VA 20171
(703) 709-5800
(800) 945-9653 (IN STATE)

110 NORTH CAMERON STREET
WINCHESTER, VA 22601
(540) 667-0990
(800) 850-3463 (IN STATE)

wolf.house.gov

# Congress of the United States
## House of Representatives

August 6, 2007

Mr. Mohammad Aslam Gull Jee
6401 McCoy
Centreville VA 20121

Dear Mr. Jee:

I am enclosing an interim response from the USCIS Vermont Service Center in answer to the inquiry I initiated on your behalf.

Please be assured that as soon as I receive further information, I will forward it to you. In the meantime, if you have additional questions or concerns, please do not hesitate to contact me, or my staff assistant, Judy McCary, at my Herndon office.

With best regards,



Sincerely,

Frank R. Wolf
Member of Congress

FRW:DOI

Enclosure(s)

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS

**McCary, Judy**

| | |
|---|---|
| **From:** | Congressional, VSC |
| **Sent:** | Friday, August 03, 2007 2:01 PM |
| **To:** | McCary, Judy |
| **Subject:** | RE: Mohammad Aslam Gull Jee eac 02124 51242 |

Good Afternoon,

The I-485 is delayed due to security checks. You may want to inquire periodically.


Thank You,

       Congressional Liaison Specialist
Vermont Service Center

**FRANK R. WOLF**
10TH DISTRICT, VIRGINIA

COMMITTEE ON APPROPRIATIONS

SUBCOMMITTEES:

CHAIRMAN—SCIENCE-STATE-JUSTICE-
COMMERCE

TRANSPORTATION-TREASURY-HUD-
JUDICIARY-DISTRICT OF COLUMBIA

CO-CHAIR—CONGRESSIONAL
HUMAN RIGHTS CAUCUS



# Congress of the United States
## House of Representatives

August 23, 2006

241 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4610
(202) 225-5136

13873 PARK CENTER ROAD
SUITE 130
HERNDON, VA 20171
(703) 709-5800
(800) 945-9653 (IN STATE)

110 NORTH CAMERON STREET
WINCHESTER, VA 22601
(540) 667-0990
(800) 850-3463 (IN STATE)

www.house.gov/wolf

Mr. Mohammad Aslam Gull Jee
6401 McCoy
Centreville VA 20121

Dear Mr. Jee:

I wanted to provide you with the latest update which I have received regarding the status of your application with the USCIS.

Please understand that the enclosed information is not a final result of my inquiry. It is only an update so that you can have information as to where you stand with your application. If you have any questions, please feel free to call my office.

Sincerely,



Frank R. Wolf
Member of Congress

FRW:jsm

Enclosure(s)

THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS

CONGRESSMAN FRANK WOLF

TEL: 703 709 5800
FAX: 703 709 5802
judy.mccary@mail.house.gov

IMMIGRATION CASE STATUS

DATE ___8/23___                ALIEN NUMBER _A 95 436072_  *Jee*

## NATURALIZATION

Security Check still pending                                    ___
Case Denied due to lack of Continuous Presence        ___
Case Denied due to lack of Physical Presence            ___
Case Approved  –  Oath date pending                       ___
Case Still Pending in Vermont                               ___
No Show for previous interviews                             ___
File needs to be located                                         ___
Fingerprints expired. New appointment needed          ___
Alien file requested from warehouse                        ___
Case needs to be rescheduled                                 ___
Oath scheduled on _____      ___
Approved Western District Case
File is being pulled, likely on next ceremony            ___
Oath ceremony scheduled for Alexandria Federal Court _____
Additional information required
Case pending with officer for review                       ___

## ADJUSTMENT  ✓

Approved – Sent to Vermont for Card Production      ___
Need fingerprints
Security Check Pending                                         ___
Interview needs rescheduling                               ✓
File needs to be located                                         ___
File is in another location. Has been requested        ___

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Mohammad A. Gull Jee                                    88888

**DEFENDANTS**

Michael Chertoff, et al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Fairfax Co., Virginia
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Washington, D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Fitzgerald Lewis, Lewis & Associates, P.C.
6066 Leesburg Pike, Fourth Floor,
Falls Church, Virginia 22041
(703) 912-3100

Case: 1:08-cv-00552
Assigned To : Lamberth, Royce C.
Assign. Date : 3/31/2008
Description: Admn. Agency Review

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ◉ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

- ○ **A. Antitrust**
  - ☐ 410 Antitrust

- ○ **B. Personal Injury/ Malpractice**
  - ☐ 310 Airplane
  - ☐ 315 Airplane Product Liability
  - ☐ 320 Assault, Libel & Slander
  - ☐ 330 Federal Employers Liability
  - ☐ 340 Marine
  - ☐ 345 Marine Product Liability
  - ☐ 350 Motor Vehicle
  - ☐ 355 Motor Vehicle Product Liability
  - ☐ 360 Other Personal Injury
  - ☐ 362 Medical Malpractice
  - ☐ 365 Product Liability
  - ☐ 368 Asbestos Product Liability

- ◉ **C. Administrative Agency Review**
  - ☐ 151 Medicare Act

  Social Security:
  - ☐ 861 HIA ((1395ff)
  - ☐ 862 Black Lung (923)
  - ☐ 863 DIWC/DIWW (405(g)
  - ☐ 864 SSID Title XVI
  - ☐ 865 RSI (405(g)

  Other Statutes
  - ☐ 891 Agricultural Acts
  - ☐ 892 Economic Stabilization Act
  - ☐ 893 Environmental Matters
  - ☐ 894 Energy Allocation Act
  - ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

- ○ **D. Temporary Restraining Order/Preliminary Injunction**

  Any nature of suit from any category may be selected for this category of case assignment.

  *(If Antitrust, then A governs)*

- ○ **E. General Civil (Other)**    **OR**    ○ **F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(2)

| O **G. Habeas Corpus/ 2255** | O **H. Employment Discrimination** | O **I. FOIA/PRIVACY ACT** | O **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| O **K. Labor/ERISA (non-employment)** | O **L. Other Civil Rights (non-employment)** | O **M. Contract** | O **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original
Proceeding
O 2 Removed
from State
Court
O 3 Remanded from
Appellate Court
O 4 Reinstated
or Reopened
O 5 Transferred from
another district
(specify)
O 6 Multi district
Litigation
O 7 Appeal to
District Judge
from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

8 U.S.C. §1154, 1255 - Mandamus Action for stalled petition

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
JURY DEMAND:
Check YES only if demanded in complaint
YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY**
(See instruction)
YES ☐ NO ☐
If yes, please complete related case form.

DATE  Mar-31-2008    SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.